IRWIN *et al. v.* TORBERT.

DUCKWORTH, Presiding Justice. This case is controlled by the decision in *Irwin v. Willis*, ante, 463, and the judgment is reversed on condition that the defendant, The Arlington Corporation, give the bond offered in its amendment of February 21, 1947, the bond to be approved by the court, and that the said defendant comply with the other offers made in the said amendment; otherwise, the said judgment to stand affirmed.

*Judgment reversed on condition. Jenkins, Chief Justice, Bell, Wyatt, Head and Candler, Justices, and Boykin, Judge, concur. Atkinson, Justice, disqualified.*

No. 15849. JUNE 12, 1947. REHEARING DENIED JULY 11, 1947.

*James F. Cox, William G. Grant, Lokey & Bowden, Sydney F. Keeble, E. D. Smith Jr., Carl B. Copeland, Hoke Smith,* and *Smith, Kilpatrick, Cody, Rogers & McClatchey,* for plaintiffs in error.

*Moise, Post & Gardner,* and *Powell, Goldstein, Frazer & Murphy,* contra. *Henry A. Stewart, Sapp & Erwin, J. N. Peacock Jr., William C. McLean, Leonard Farkas, Walter H. Burt, Beck, Goodrich & Beck, James E. Morrisette, McQueen & McQueen, S. B. Lippitt, Wright & McGuire,* and *Reuben Wright,* for persons at interest, not parties.